**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
RIVERSIDE DIVISION**

In re: CKSB,LLC  §  Case No. 6:18-BK-10893-SY
 §
 §
 §
Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Steven M. Speier, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $2,801,905.61 | Assets Exempt: | N/A |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $653,110.43 | Claims Discharged Without Payment: | N/A |
| Total Expenses of Administration: | $151,909.95 | | |

3) Total gross receipts of $1,084,250.92 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $279,230.54 (see **Exhibit 2**), yielded net receipts of $805,020.38 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR ( 10 /1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $2,028,101.07 | $672,119.90 | $650,000.00 | $650,000.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $151,686.19 | $151,909.95 | $151,909.95 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $4,913.23 | $2,455.13 | $2,455.13 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $2,404,572.00 | $4,583,614.76 | $655.30 | $655.30 |
| **TOTAL DISBURSEMENTS** | $4,432,673.07 | $5,412,334.08 | $805,020.38 | $805,020.38 |

4) This case was originally filed under chapter 11 on 02/05/2018, and it was converted to chapter 7 on 02/19/2019. The case was pending for 15 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/05/2020        By: /s/ Steven M. Speier
                              Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR ( 10 /1/2010)

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Proceeds of Sale of Real Property in Ch. 11 | 1290-010 | $1,084,250.92 |
| **TOTAL GROSS RECEIPTS** | | **$1,084,250.92** |
| [1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes. | | |

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| CKSB,LLC | Surplus distribution to Debtor per 4/23/20 TFR Order. | 8200-000 | $279,230.54 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$279,230.54** |

### EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Celia C. Barrera, Trustee of the Celia C. Barrera Living Trust Est. 6/13/03 | 4120-000 | $412,058.68 | $672,119.90 | $650,000.00 | $650,000.00 |
| N/F | Habib American Bank | 4110-000 | $1,616,042.39 | NA | NA | NA |
| | **TOTAL SECURED** | | **$2,028,101.07** | **$672,119.90** | **$650,000.00** | **$650,000.00** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Steven M. Speier | 2100-000 | NA | $43,501.02 | $43,501.02 | $43,501.02 |
| Trustee, Expenses - Steven M. Speier | 2200-000 | NA | $53.00 | $53.00 | $53.00 |
| Fees, United States Trustee | 2950-000 | NA | $17,092.09 | $17,092.09 | $17,092.09 |
| Bond Payments - International Sureties, Ltd. | 2300-000 | NA | $0.00 | $456.16 | $456.16 |
| Income Taxes - Internal Revenue Service (post-petition) - Department of the Treasury | 2810-000 | NA | $1,443.00 | $1,443.00 | $1,443.00 |
| Other State or Local Taxes (post-petition) - Franchise Tax Board | 2820-000 | NA | $21,088.00 | $21,088.00 | $21,088.00 |
| Other State or Local Taxes (post-petition) - FRANCHISE TAX BOARD | 2820-000 | NA | $800.00 | $800.00 | $800.00 |
| Attorney for Trustee Fees (Other Firm) - Goe Forsythe & Hodges LLP | 3210-000 | NA | $50,056.00 | $50,056.00 | $50,056.00 |
| Attorney for Trustee Expenses (Other Firm) - Goe Forsythe & Hodges LLP | 3220-000 | NA | $357.35 | $357.35 | $357.35 |
| Accountant for Trustee Fees (Other Firm) - Karl T. Anderson, CPA, Inc. | 3410-000 | NA | $16,745.00 | $16,545.00 | $16,545.00 |
| Accountant for Trustee Expenses (Other Firm) - Karl T. Anderson, CPA, Inc. | 3420-000 | NA | $550.73 | $518.33 | $518.33 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | **$151,686.19** | **$151,909.95** | **$151,909.95** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | FRANCHISE TAX BOARD | 5800-000 | $0.00 | $2,458.10 | $0.00 | $0.00 |
| 5 | FRANCHISE TAX BOARD | 5800-000 | $0.00 | $2,455.13 | $2,455.13 | $2,455.13 |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$0.00** | **$4,913.23** | **$2,455.13** | **$2,455.13** |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1a | FRANCHISE TAX BOARD | 7100-000 | $0.00 | $815.46 | $0.00 | $0.00 |
| 2 | Bilquees Bano | 7100-000 | $2,291,072.00 | $2,291,072.00 | $0.00 | $0.00 |
| 5a | FRANCHISE TAX BOARD | 7100-000 | $0.00 | $655.30 | $655.30 | $655.30 |
| 7 | Bilquees Bano | 7100-000 | $0.00 | $2,291,072.00 | $0.00 | $0.00 |
| N/F | Kenneth Gibson c/o Jose A. Almodova | 7100-000 | $100,000.00 | NA | NA | NA |
| N/F | Williams A/C Service | 7100-000 | $13,500.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$2,404,572.00** | **$4,583,614.76** | **$655.30** | **$655.30** |

**UST Form 101-7-TDR ( 10 /1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

| Case No.: | 6:18-BK-10893-SY | Trustee Name: | (008917) Steven M. Speier |
| Case Name: | CKSB,LLC | Date Filed (f) or Converted (c): | 02/19/2019 (c) |
| | | § 341(a) Meeting Date: | 04/02/2018 |
| For Period Ending: | 06/05/2020 | Claims Bar Date: | 05/28/2019 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Habib Bank Checking Account 089 | 1,905.61 | 0.00 | | 0.00 | FA |
| 2 | 295 N. Waterman Avenue, San Bernardino, CA; APN 0135-321-21-0-000<br>See Asset 3. | 2,800,000.00 | 0.00 | | 0.00 | FA |
| 3 | Proceeds of Sale of Real Property in Ch. 11 (u)<br>4/17/19 Amended schedules. Funds held by Debtor's atty, Sheila Esmaili, in trust. See Asset 2. | 0.00 | 1,084,250.92 | | 1,084,250.92 | FA |
| 3 | **Assets Totals (Excluding unknown values)** | **$2,801,905.61** | **$1,084,250.92** | | **$1,084,250.92** | **$0.00** |

**Major Activities Affecting Case Closing:**

7/01/19 - 6/30/20
ASSETS: Ch. 11 sale of 295 N. Waterman Avenue, San Bernardino, CA.
PENDING LITIGATION: N/A
TAX ISSUES: 11/12/19 Order entered employing Karl T. Anderson as accountant. 10/4/19 2018/2019 tax returns mailed.
INSURANCE: N/A
STATUS: As a result of Claims 2 and 7 being withdrawn, on 7/31/19, Trustee filed motion to approve compromise/settlement with claimant C. Barrera and to pay claimants in full. 9/4/19 Order entered granting motion  10/10/19 Order entered establishing deadline of 11/26/19 to file administrative Ch. 11 claims. 12/3/19 Order entered granting Debtor's attorney, Sheila Esmaili, to withdraw as counsel. 1/9/20 E-filed TFR with UST. 4/24/20 TFR distribution made per 4/23/20 Order. 6/5/20 E-filed TDR with UST.

7/01/18 - 6/30/19
ASSETS: Ch. 11 sale of 295 N. Waterman Avenue, San Bernardino, CA.
PENDING LITIGATION: N/A
TAX ISSUES: Trustee employing Karl T. Anderson as accountant.
INSURANCE: N/A
STATUS: 2/5/18 Ch. 11 filed; converted on 2/6/19. However, Order entered granting motion to convert was entered on 2/19/19.  The Order granting the sale of the property during the Ch. 11 was entered on 8/2/18. Attorney for Debtor turned over proceeds from sale of property. 4/8/19 Order entered employing Goe & Forsythe as general counsel. Trustee waiting for turnover of requested documents, conducting continued 341 Meetings. Trustee is resolving claims and negotiating a potential settlement amongst the claimants.

**Initial Projected Date Of Final Report (TFR):** 03/31/2020      **Current Projected Date Of Final Report (TFR):** 04/23/2020 (Actual)

UST Form 101-7-TDR ( 10 /1/2010)

**Form 2**     **Exhibit 9**

# Cash Receipts And Disbursements Record

Page: 1

| **Case No.:** | 6:18-BK-10893-SY | **Trustee Name:** | Steven M. Speier (008917) |
|---|---|---|---|
| **Case Name:** | CKSB,LLC | **Bank Name:** | INDEPENDENT BANK |
| **Taxpayer ID #:** | **-***5318 | **Account #:** | *******0893 Checking Account |
| **For Period Ending:** | 06/05/2020 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/15/19 | {3} | Sheila Esmaili, Esq. (Atty Trust Account) | Turnover of net proceeds of Ch. 11 sale of 295 N. Waterman Avenue, San Bernardino. | 1290-010 | 1,084,250.92 | | 1,084,250.92 |
| 02/22/19 | 5001 | International Sureties, LTD | Ch. 7 Blanket bond 016030867 increase, effective 2/15/19. | 2300-000 | | 184.42 | 1,084,066.50 |
| 03/08/19 | 5002 | International Sureties, LTD | Ch. 7 Blanket bond 016030867 increase, effective 3/6/19. | 2300-000 | | 17.28 | 1,084,049.22 |
| 08/07/19 | 5003 | International Sureties, LTD | Bond 016030867 increase premium. | 2300-000 | | 27.89 | 1,084,021.33 |
| 09/04/19 | | East West Bank | Wire Transfer To Fund New Bank Account | 9999-000 | | 1,084,021.33 | 0.00 |
| | | **COLUMN TOTALS** | | | **1,084,250.92** | **1,084,250.92** | **$0.00** |
| | | | Less: Bank Transfers/CDs | | 0.00 | 1,084,021.33 | |
| | | **Subtotal** | | | **1,084,250.92** | **229.59** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$1,084,250.92** | **$229.59** | |

*{ } Asset Reference(s)*    **UST Form 101-7-TDR ( 10 /1/2010)**    *! - transaction has not been cleared*

**Form 2**

**Cash Receipts And Disbursements Record**

Exhibit 9

Page: 2

| Case No.: | 6:18-BK-10893-SY | Trustee Name: | Steven M. Speier (008917) |
|---|---|---|---|
| Case Name: | CKSB,LLC | Bank Name: | East West Bank |
| Taxpayer ID #: | **-***5318 | Account #: | ******0071 CHECKING ACCOUNT |
| For Period Ending: | 06/05/2020 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/04/19 | | Independent Bank | Wire From Former Bank | 9999-000 | 1,084,021.33 | | 1,084,021.33 |
| 09/06/19 | 7001 | Office of the U.S. Trustee | Claim distribution per 9/4/19 Order. | 2950-000 | | 17,092.09 | 1,066,929.24 |
| 09/06/19 | 7002 | FRANCHISE TAX BOARD | Claim distribution per 9/4/19 Order. | 2820-000 | | 800.00 | 1,066,129.24 |
| 09/06/19 | 7003 | FRANCHISE TAX BOARD | Claim distribution per 9/4/19 Order. | 5800-000 | | 2,455.13 | 1,063,674.11 |
| 09/06/19 | 7004 | Celia C. Barrera | Claim distribution per 9/4/19 Order. Voided on 09/09/2019 | 4120-000 | | 650,000.00 | 413,674.11 |
| 09/06/19 | 7005 | FRANCHISE TAX BOARD | Claim distribution per 9/4/19 Order. | 7100-000 | | 655.30 | 413,018.81 |
| 09/09/19 | 7004 | Celia C. Barrera | Claim distribution per 9/4/19 Order. Voided: check issued on 09/06/2019 | 4120-000 | | -650,000.00 | 1,063,018.81 |
| 09/09/19 | 7006 | Celia C. Barrera, Trustee of the Celia C. Barrera Living Trust Est. 6/13/03 | Claim distribution per 9/4/19 Order. | 4120-000 | | 650,000.00 | 413,018.81 |
| 10/04/19 | 7007 | Department of the Treasury | 2018 income tax per 10/29/19 Order. (12/9/19 received copy of check from IRS; unable to cash.) Stopped on 12/11/2019 | 2810-000 | | 1,443.00 | 411,575.81 |
| 10/04/19 | 7008 | Franchise Tax Board | 2018 state tax per 10/29/19 Order. | 2820-000 | | 21,088.00 | 390,487.81 |
| 12/11/19 | 7007 | Department of the Treasury | 2018 income tax per 10/29/19 Order. (12/9/19 received copy of check from IRS; unable to cash.) Stopped: check issued on 10/04/2019 | 2810-000 | | -1,443.00 | 391,930.81 |
| 12/11/19 | 7009 | Department of the Treasury | 2018 income tax per 10/29/19 Order. | 2810-000 | | 1,443.00 | 390,487.81 |
| 01/17/20 | 7010 | International Sureties, Ltd. | Ch. 7 Blanket bond 016030867 renewal, 1/4/20-1/4/21. | 2300-000 | | 226.57 | 390,261.24 |
| 04/24/20 | 7011 | Steven M. Speier | Trustee fees per 4/23/20 TFR Order. | 2100-000 | | 43,501.02 | 346,760.22 |
| 04/24/20 | 7012 | Steven M. Speier | Trustee expenses per 4/23/20 TFR Order. (Check lost.) Pending Stop on 05/14/2020 | 2200-000 | | 53.00 | 346,707.22 |
| 04/24/20 | 7013 | Goe Forsythe & Hodges LLP | Attorney fees per 4/23/20 TFR Order. | 3210-000 | | 50,056.00 | 296,651.22 |
| 04/24/20 | 7014 | Goe Forsythe & Hodges LLP | Attorney expenses per 4/23/20 TFR Order. | 3220-000 | | 357.35 | 296,293.87 |
| 04/24/20 | 7015 | Karl T. Anderson, CPA, Inc. | Accountant fees per 4/23/20 TFR Order. | 3410-000 | | 16,545.00 | 279,748.87 |
| 04/24/20 | 7016 | Karl T. Anderson, CPA, Inc. | Accountant expenses per 4/23/20 TFR Order. | 3420-000 | | 518.33 | 279,230.54 |
| 04/24/20 | 7017 | CKSB,LLC | Surplus distribution to Debtor per 4/23/20 TFR Order. | 8200-000 | | 279,230.54 | 0.00 |
| 05/14/20 | 7012 | Steven M. Speier | Trustee expenses per 4/23/20 TFR Order. (Check lost.) Pending Stop: check issued on 04/24/2020 | 2200-000 | | -53.00 | 53.00 |
| 05/14/20 | 7018 | Steven M. Speier | Trustee expenses per 4/23/20 TFR Order. (Replaces lost Check.) | 2200-000 | | 53.00 | 0.00 |
| | | **COLUMN TOTALS** | | | **1,084,021.33** | **1,084,021.33** | **$0.00** |
| | | Less: Bank Transfers/CDs | | | 1,084,021.33 | 0.00 | |
| | | **Subtotal** | | | **0.00** | **1,084,021.33** | |
| | | Less: Payments to Debtors | | | | 279,230.54 | |
| | | **NET Receipts / Disbursements** | | | **$0.00** | **$804,790.79** | |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

**Form 2**

Exhibit 9

Page: 3

# Cash Receipts And Disbursements Record

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 6:18-BK-10893-SY | **Trustee Name:** | Steven M. Speier (008917) | |
| **Case Name:** | CKSB,LLC | **Bank Name:** | East West Bank | |
| **Taxpayer ID #:** | **-***5318 | **Account #:** | ******0071 CHECKING ACCOUNT | |
| **For Period Ending:** | 06/05/2020 | **Blanket Bond (per case limit):** | $5,000,000.00 | |
| | | **Separate Bond (if applicable):** | N/A | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| *******0893 Checking Account | $1,084,250.92 | $229.59 | $0.00 |
| ******0071 CHECKING ACCOUNT | $0.00 | $804,790.79 | $0.00 |
| | **$1,084,250.92** | **$805,020.38** | **$0.00** |

UST Form 101-7-TDR (10 /1/2010)